UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAMMIE A COTTRELL,

    Plaintiff,

v.                                                   CASE NO. 3:19-cv-1119-J-20JRK

EMMET F. FERGUSON, III, county judge,
and LAURA LEE WADE,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6). The Magistrate Judge recommended that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted;

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _8th_ day of January, 2020.

                                                          HARVEY E. SCHLESINGER
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Cammie A Cottrell, *Pro Se*